United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 19-52344-KMS
Ronald Leon Smith, Jr. Chapter 13
Elizabeth Marie Smith
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6      User: mssbad      Page 1 of 3
Date Rcvd: Apr 07, 2025      Form ID: 3180W      Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ronald Leon Smith, Jr., Elizabeth Marie Smith, 5138 Mitchell Rd, Long Beach, MS 39560-2522 |
| 4804783 | + | Danbury Mint, 78 Technology Dr, Torrington, CT 06792-0001 |
| 4930714 | + | Eric C. Miller, Esq., Shapiro & Brown, LLC, behalf of Wells Fargo Bank, N.A., 1080 River Oaks Drive, Suite B-202, Flowood, MS 39232-7603 |
| 4804791 | | Universal Fidelity, P.O. Box 941911, Houston, TX 77094-8911 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Apr 07 2025 19:29:00 | GSMS 2021-1 Trust, Robertson, Anschutz, Schneid, Crane PLLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Apr 07 2025 19:40:54 | Wells fargo bank na, 1000 BLUE GENTIAN ROAD, EAGAN, MN 55121-1663 |
| 4804778 | | Email/Text: bankruptcy@amfirst.org | Apr 07 2025 19:29:00 | America's First FCU, 1200 4th Ave North, Birmingham, AL 35203 |
| 4814050 | | Email/Text: bankruptcy@amfirst.org | Apr 07 2025 19:29:00 | America's First Federal Credit Union, P O Box 11349, Birmingham, Al 35202 |
| 4828663 | | Email/PDF: bncnotices@becket-lee.com | Apr 07 2025 19:40:52 | American Express National Bank, Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4804779 | + | Email/PDF: bncnotices@becket-lee.com | Apr 07 2025 19:40:54 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 4804781 | | EDI: CAPITALONE.COM | Apr 07 2025 23:29:00 | Capital One Bank, PO Box 85520, Richmond, VA 23285-5520 |
| 4804780 | + | EDI: CAPITALONE.COM | Apr 07 2025 23:29:00 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 4808068 | + | EDI: AIS.COM | Apr 07 2025 23:29:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 4821143 | + | EDI: AIS.COM | Apr 07 2025 23:29:00 | Capital One N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 4804782 | + | EDI: JPMORGANCHASE | Apr 07 2025 23:29:00 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 4804784 | | EDI: IRS.COM | Apr 07 2025 23:29:00 | Department of the Treasury, Internal Revenue Service, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5142590 | + | Email/Text: bkteam@selenefinance.com | Apr 07 2025 19:29:00 | GSMS 2021-1 Trust, Selene Finance LP, Attn: BK |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 07, 2025 | Form ID: 3180W | Total Noticed: 35 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 4804785 | + | Email/Text: ebone.woods@usdoj.gov | Apr 07 2025 19:29:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 4835616 | | EDI: JEFFERSONCAP.COM | Apr 07 2025 23:29:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 4817788 | + | Email/Text: RASEBN@raslg.com | Apr 07 2025 19:29:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 4804786 | + | EDI: LENDNGCLUB | Apr 07 2025 23:29:00 | LendingClub Corporation, 595 Market Street Suite 200, San Francisco, CA 94105-2802 |
| 4804787 | + | Email/Text: bankruptcy@marinerfinance.com | Apr 07 2025 19:29:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 4829670 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 07 2025 19:29:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 4822494 | | EDI: PRA.COM | Apr 07 2025 23:29:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 4804788 | | Email/Text: bankruptcy@republicfinance.com | Apr 07 2025 19:29:00 | Republic Finance, 520 E Pass Rd Ste D, Gulfport, MS 39507 |
| 4808479 | | Email/Text: bankruptcy@republicfinance.com | Apr 07 2025 19:29:00 | Republic Finance, LLC, 282 Tower Road, Ponchatoula, LA 70454 |
| 4804789 | + | EDI: SYNC | Apr 07 2025 23:29:00 | Synchrony Bank, PO Box 105972, Atlanta, GA 30348-5972 |
| 4807228 | + | EDI: LCITDAUTO | Apr 07 2025 23:29:00 | TD Auto Finance, PO BOX 551080, Jacksonville FL 32255-1080 |
| 4804790 | + | EDI: LCITDAUTO | Apr 07 2025 23:29:00 | Td Auto Finance, Po Box 9223, Farmington, MI 48333-9223 |
| 4804792 | ^ | MEBN | Apr 07 2025 19:27:38 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 4804793 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Apr 07 2025 19:40:50 | Wells Fargo, Po Box 14517, Des Moines, IA 50306-3517 |
| 4804794 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Apr 07 2025 19:40:50 | Wells Fargo Bank, Po Box 14517, Des Moines, IA 50306-3517 |
| 4813562 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Apr 07 2025 19:40:52 | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 4835436 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Apr 07 2025 19:40:50 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 4804795 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Apr 07 2025 19:40:52 | Wells Fargo Home Mor, Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 31

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LendingClub Corporation |
| cr | | Wells Fargo Bank NA |
| 4828664 | * | American Express National Bank, Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4828665 | * | American Express National Bank, Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4835640 | * | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Apr 07, 2025 | Form ID: 3180W | Total Noticed: 35 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2025       Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brittany Smith Taylor | on behalf of Creditor GSMS 2021-1 Trust brittany.taylor@padgettlawgroup.com Siedah.Jennings@padgettlawgroup.com;bkecf@padgettlawgroup.com;brittany.taylor@ecf.courtdrive.com |
| Eric C Miller | on behalf of Creditor Wells Fargo Bank NA logsecf@logs.com |
| Phillip Brent Dunnaway | on behalf of Trustee Warren A. Cuntz T1  Jr. pdunnaway@gport13.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Elizabeth Marie Smith trollins@therollinsfirm.com jennifer@therollinsfirm.com;tcr25law@gmail.com;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Ronald Leon Smith  Jr. trollins@therollinsfirm.com, jennifer@therollinsfirm.com;tcr25law@gmail.com;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com  waccourt1@gmail.com |

TOTAL: 7

| *Information to identify the case:* | | | |
|---|---|---|---|
| Debtor 1 | **Ronald Leon Smith Jr.** | Social Security number or ITIN | **xxx−xx−5760** |
| | First Name   Middle Name   Last Name | EIN | _ _−_ _ _ _ _ _ _ |
| Debtor 2 | **Elizabeth Marie Smith** | Social Security number or ITIN | **xxx−xx−0684** |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN | _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the **Southern District of Mississippi** | | | |
| Case number:   **19−52344−KMS** | | | |

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**Ronald Leon Smith Jr.**                    **Elizabeth Marie Smith**

Dated: 4/7/25         **By the court:**   /s/Katharine M. Samson
                                           United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**